PROB 12B
10/03

# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
(Probation Form 49, Waiver of Hearing Is Attached)

| | |
|---|---|
| Name of Offender: DANA GHAZI MUSTAFA | Case Number: 1:20CR00144 (EDVA)<br>1:21CR00164 (MDNC) |

Name of Sentencing Judicial Officer:  The Honorable Anthony J. Trenga

Date of Original Sentence:  January 6, 2021

Original Offense:  Interference with Flight Crew Members and Attendants in violation of 49 U.S.C. § 46504.

Original Sentence:  2 years Probation.

May 13, 2021: Transfer of Jurisdiction from the Eastern District of Virginia by the Honorable Anthony J. Trenga to the Middle District of North Carolina, accepted by the Honorable Thomas D. Schroeder.

| | |
|---|---|
| Type of Supervision: Probation | Date Supervision Commenced: January 6, 2021<br>Date Supervision Expires: January 5, 2023 |
| Assistant U.S. Attorney: John C. Blanchard | Defense Attorney: Cadence Mertz |

## PETITIONING THE COURT

[ ]   To extend the term of supervision for   years, for a total term of   years.
[X]   To modify the conditions of supervision as follows:

The defendant shall participate in a program for Remote Alcohol Monitoring approved by the probation officer for a period not to exceed 6 months, or until discontinued by the probation office and pay for services as directed by the probation officer.

## CAUSE

As a special condition of probation, Ms. Mustafa was previously enrolled in a remote alcohol monitoring program for a period of six months. On June 19, 2021, Ms. Mustafa successfully completed the remote alcohol monitoring program with no non-compliance issues arising during the entire term. Unfortunately, our office has recently begun to observe a decline in Ms. Mustafa's adjustment and compliance to supervision due to, what we believe, has stemmed from the absence of the monitoring device which previously appeared to be an effective deterrent of relapse.

In July 2021, we received reports from Ms. Mustafa's mother, Insaf Abdulla, that she had seen a noticeable behavior change in Ms. Mustafa since her completion of the remote alcohol monitoring program, and that Ms. Mustafa relapsed with regular, heavy alcohol consumption. We addressed her behavior by conducting

a Noncompliance Conference with Supervisory U.S. Probation Officer, Timothy Furlow, and increased her reporting with drug and alcohol testing.

On September 13, 2021, Ms. Mustafa reported to the office and was administered a breathalyzer which yielded results of 0.097. Ms. Mustafa admitted to consuming alcohol the night prior. During further discussion, Ms. Mustafa acknowledged her need of assistance with her alcohol problem. Ms. Mustafa was able to identify that she did excellent on supervision while being monitoring via the remote alcohol monitoring device and agreed with the probation officer that she would benefit from being placed back in the program.

As a controlling intervention, the probation officer respectfully recommends the Court impose an additional 6-month term of Remote Alcohol Monitoring. As an ongoing correctional intervention, Ms. Mustafa will remain engaged in outpatient co-occurring treatment at Clinical Addiction Professional Services, Durham, NC, which she has since the onset of the term of probation.

Respectfully submitted,

Dwan Bradsher
U.S. Probation Officer

Approved by:

Timothy L. Furlow
Supervisory U.S. Probation Officer

September 24, 2021
Date